HAMDEN MART, INC. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (Nos. 84627, 84787)

IRENE SCHWARTZ ET AL. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (No. 84584)

MELINDA DANIELS ET AL. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (Nos. 84637, 84437)

IRENE SCHWARTZ ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84422)

HAMDEN MART, INC. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84425)

MELINDA DANIELS ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (Nos. 84849, 87449)

WALTER A. RUNCK ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 87436)

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is granted.